**Order entered October 18, 2018**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-18-00165-CV

### IN RE ESTATE OF LINDA JEAN WHETSTONE, DECEASED

**On Appeal from the Probate Court No. 3**
**Dallas County, Texas**
**Trial Court Cause No. PR-17-00142-3**

## ORDER

Before the Court is the motion of appellee Nancy Rhodes for an extension of time to file her brief. The motion does not comply with rule 10, Texas Rules of Appellate Procedure. *See* TEX. R. APP. P. 10.1 (contents of motion); TEX. R. APP. P. 10.5(b) (motions to extend time). We **DENY** the motion without prejudice to refiling a motion that complies with rule 10 on or before **Monday, October 22, 2018**.

/s/    ELIZABETH LANG-MIERS
JUSTICE